IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

IN RE

UNITED STATES OF AMERICA,

v.

I. LEWIS LIBBY,

Criminal Case No. 05-394 (RBW)

---

CASE NUMBER  1:07MS00002

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Miscellanous

DATE STAMP: 01/04/2007

## CERTIFICATE OF DISCLOSURE PURSUANT TO RULE 7.1

The undersigned counsel for the Media Applicants certifies to the best of my knowledge and belief that the information below is accurate. These representations are made pursuant to Local Civil Rule 7.1 in order that judges of this Court may determine the need for recusal.

The following Media Applicants have no publicly held stock and have no parents or related corporate entities with publicly held stock: The American Society of Newspaper Editors, The Associated Press, National Public Radio, Inc., The Newspaper Association of America, The Radio-Television News Directors Association, The Reporters Committee for Freedom of the Press, and The Society of Professional Journalists.

The remaining Media Applicants make the following disclosures:

ABC, Inc. is an indirect, wholly-owned subsidiary of The Walt Disney Company, a publicly traded corporation.

1

Bloomberg News is owned by Bloomberg L.P., a privately held limited partnership. Merrill Lynch Pierce Fenner & Smith, Inc., a publicly traded company, owns more than 10% of its stock.

Cable News Network LP, LLLP is a division of Turner Broadcasting System, Inc., which is a subsidiary of Time Warner Inc., a publicly traded company.

CBS Broadcasting Inc. is a wholly-owned subsidiary of CBS Corporation, a publicly traded company.

Dow Jones & Company, Inc. is a publicly traded company.

The E.W. Scripps Company is a publicly traded company.

Hearst Corporation is a privately held corporation and is majority owner of Hearst-Argyle Television, Inc., a publicly traded company.

The Los Angeles Times is published by Los Angeles Times Communications LLC, a wholly owned subsidiary of Tribune Company, a publicly traded company.

The McClatchy Company is a publicly traded company.

NBC News is a division of NBC Universal, Inc. The General Electric Company, a publicly traded company, is the parent corporation of NBC Universal, and Vivendi, S.A., a publicly traded entity, also owns more than 10% of the stock of NBC Universal.

WP Company LLC d/b/a The Washington Post is a wholly-owned subsidiary of The Washington Post Company, a publicly traded company. Berkshire Hathaway, Inc., a publicly held company, has a 10% or greater ownership interest in The Washington Post Company.

USA TODAY is a division of Gannett Satellite Information Network, Inc., which is a subsidiary of Gannett Co., Inc., a publicly traded company.

Dated: January 4, 2007

Respectfully submitted,

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

By: _____
David A. Schulz (D.C. Bar No. 459197)
Nathan Siegel (D.C. Bar No. 446253)
Thomas Curley (D.C. Bar No. 473798)

1050 17th Street, N.W., Suite 800
Washington, DC 20036-5514
(202) 508-1100
Facsimile: (202) 861-9888

*Counsel for Media Applicants*